

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-18-00515-CV

**SOUTHCROSS ENERGY PARTNERS GP, LLC**.,
Appellant

v.

Ivy **GONZALEZ** on Behalf of M.R. Gonzalez, M.N. Gonzalez, Minor Children, and the Estate
of Jesus Gonzalez, Jr.; Amy and Jesus Gonzalez, Sr.; and Rene Elizondo,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-139
Honorable Sandra L. Watts, Judge Presiding

# O R D E R

The trial court clerk has filed a notice of late record, stating appellant has not paid or arranged to pay the clerk's fee to prepare the record and that appellant is not entitled to the record without paying the fee. We order appellant, Southcross Energy Partners GP, LLC, to provide written proof to this court by **August 27, 2018** that either appellant has paid the clerk's fee, has made satisfactory arrangements with the clerk to pay the fee, or is entitled to appeal without paying the fee. See Tex. R. App. P. 35.3(a)(2). If appellant fails to file such proof within the time provided, this appeal will be dismissed. See Tex. R. App. P. 37.3(b), 42.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court